NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-18-0000418
17-MAY-2019
08:16 AM

NO. CAAP-18-0000418

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

MARK G. VALENCIA, Plaintiff-Counterclaim Defendant/Appellant, v. WANDA R. VALENCIA, Defendant-Counterclaimant/Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 15-1-0167)

ORDER GRANTING MOTION TO DISMISS APPEAL
(By: Ginoza, Chief Judge, Fujise and Leonard, JJ.)

Upon consideration of the Motion to Dismiss Appeal, filed May 3, 2019, by Plaintiff-Appellant Mark G. Valencia (Valencia), it appears that (1) the appeal has been docketed; (2) Valencia seeks to dismiss the appeal; (3) dismissal is authorized by HRAP Rule 42(b); and (4) there is no opposition.

Therefore, IT IS HEREBY ORDERED that the motion to dismiss the appeal is granted, and the appeal is dismissed. The parties shall bear their own attorneys' fees and costs on appeal.

DATED: Honolulu, Hawai'i, May 17, 2019.

Chief Judge

Associate Judge

Associate Judge